Joseph R. Manning, Jr. (SBN 223381)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
20062 SW Birch Street
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*

ANTHONY BOUYER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>GVD COMMERCIAL PROPERTIES, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-04705-DSF-AFM<br><br>Hon. Dale S. Fischer<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: May 27, 2020<br>Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Anthony Bouyer ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : July 15, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*

Joseph R. Manning, Jr.
Attorney for Plaintiff
Anthony Bouyer

1

1

## **CERTIFICATE OF SERVICE**

2          I certify that on July 15, 2020 I electronically filed the foregoing document

3    with the Clerk of the Court using CM/ECF. I also certify that the foregoing

4    document is being served this day on counsel of record in this action via email

5    transmission and via transmission of Electronic Filing generated by CM/ECF.

6                                                    Respectfully submitted,

7

8    Dated: July 15, 2020                    **MANNING LAW, APC**

9

10                                        By:    _/s/ Joseph R. Manning, Jr., Esq._

11                                               Joseph R. Manning, Jr., Esq.

12                                               Attorney for Plaintiff,
                                                 Anthony Bouyer

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE